STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACQUELINE DUONG, <br><br> Defendant. | NO. CR 19-00416 BLF <br><br> STIPULATION AND REQUEST FOR RESTITUTION ORDER |

I, Jacqueline Duong, and the United States Attorney's Office for the Northern District of California (hereafter "the government") enter into this stipulation (the "Stipulation") and jointly request the Court enter an Order of restitution in accordance with the following terms at sentencing on June 1, 2021.

The United States and defendant Jacqueline Duong, by and through their respective counsel, hereby stipulate and agree as follows:

1. In the Plea Agreement entered on January 26, 2021, defendant Duong agreed to pay restitution of no less than $279,513.02 and no more than $444,873.00. ECF 32.

2. The parties stipulate and agree that defendant Duong should pay restitution of $407,454.00 to the United States.

3. The parties therefore jointly request that the Court issue an Order of restitution in the amount of $407,454.00 at sentencing on June 1, 2021.

4. Defendant Duong confirms that she has had adequate time to discuss this Stipulation with her attorney and that her attorney has provided her with all the legal advice that she requested.

5. Defendant Duong confirms that while she considered signing this Stipulation, and at the time she signed it, she was not under the influence of any alcohol, drug, or medicine that would impair her ability to understand the Stipulation.

IT IS SO STIPULATED.

Dated: 6/1/2021

*[signature]*
JACQUELINE DUONG
Defendant

STEPHANIE M. HINDS
Acting United States Attorney

Dated: 6/1/2021

*[signature]*
MAIA PEREZ
Assistant United States Attorney

I have fully explained to my client all the rights that a criminal defendant has and all the terms of this Agreement. In my opinion, my client understands all the terms of this Agreement and all the rights my client is giving up by pleading guilty, and, based on the information now known to me, my client's decision to plead guilty is knowing and voluntary.

Dated: 6/1/2021

*[signature]*
PETER LEEMING
Attorney for Defendant